**Opinion filed July 30, 2026**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00231-CV

_____

## IN RE SUE SIMMONS WHITE, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF CHARLES FRANKLIN WHITE, DECEASED

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

This mandamus proceeding arises from the county court's order transferring a probate case to the 259th District Court. The parties have filed a Joint Motion for Voluntary Dismissal in this court because they have reached a settlement agreement and resolved the disputes below. In the motion, the parties request that we lift the stay order previously issued in this cause and dismiss the mandamus proceeding.

We grant the parties' joint motion, and we dismiss this mandamus proceeding. The stay previously issued in this cause is dissolved. *See* TEX. R. APP. P. 52.10(b).

Relator's Motion to Strike Real Party in Interest Elliott White's Appendix in Support of His Response is dismissed as moot.

JOHN M. BAILEY

CHIEF JUSTICE

July 30, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.